

No. 11–8038/AF.   In Re Lee W. Payton, Jr., Petitioner.   On consideration of Petitioner's motion to withdraw the petition for extraordinary relief in the nature of a writ of mandamus, it is ordered that said motion is hereby granted.

Tuesday, July 12, 2011

No. 11–0413/NA.   U.S. v. Anthony P. Ballan.   CCA 201000242.   Appellant's motion to extend time to file a brief granted, but only up to and including August 11, 2011.

No. 11–0598/AR.   U.S. v. Jorge A. Perez.   CCA 20080815.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 28, 2011.

No. 11–0605/AF.   U.S. v. Adam E. Pitman.   CCA 37453.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 1, 2011.

